UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUEEN'S PARK OVAL ASSET HOLDING TRUST c/o U.S. BANK TRUST NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>DEBORAH WENGER, *et al.,*<br><br>Defendants. | No. 1: 14-cv-1188 -----BAM<br><br>**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS** |

Defendant is proceeding pro se and has requested leave to proceed in forma pauperis pursuant to Title 28 of the United States Code section 1915(a). Defendant has made the showing required by section 1915(a), and accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

IT IS SO ORDERED.

Dated:   **August 5, 2014**          /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE

1